UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Michael Vito Carbone and Rose Carbone

Case No.:    17-18913/ABA
Chapter:    7
Judge:    ABA

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____August 29, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
205 Lincoln Ave., Bellmawr, NJ 08031

FMV - $150,000.00

Liens on property:     $145,410.26 - Quicken Loans

Amount of equity claimed as exempt:   $100.00

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:    117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.:    (856) 451-7600

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 17-18913-ABA
Michael Vito Carbone                                               Chapter 7
Rose Carbone
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 2                   Date Rcvd: Jul 26, 2017
                              Form ID: pdf905             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db/jdb         +Michael Vito Carbone,    Rose Carbone,    205 Lincoln Ave,    Bellmawr, NJ 08031-2707
516800627     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516800628      +Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
516800634      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516800635      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,    S Louis, MO 63179-0040
516800636      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                 Saint Louis, MO 63179-0040
516800637      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
516800638      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,     Po Box 790040,
                 Saint Louis, MO 63179-0040
516800639      +Complete Collection Service,    4833 N. Dixie Hwy,    Fort Lauderdale, FL 33334-3928
516800643      +Estate Information Services, LLC,     EIS Collections,    PO Box 1730,
                 Reynoldsburg, OH 43068-8730
516800644      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516800646      +Haddon Emergency Physicians,    1600 Haddon Ave,    Camden, NJ 08103-3101
516800647      +HealthFirst Financial, LLC,    PO Box 7887,    Springfield, OR 97475-0034
516800649      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516800652      +MediCredit,    PO Box 1629,    Maryland Heights, MO 63043-0629
516800654      +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516800655       Our Lady Of Lourdes Medical Center,     PO Box 822099,    Philadelphia, PA 19182-2099
516872780       QUICKEN LOANS INC.,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
516800661      +Selip & Stylianou, LLP,    PO Box 363,    Woodbury, NY 11797-0363
516800664      +Service Finance Compan,    555 S Federal Hwy Ste 20,     Boca Raton, FL 33432-5505
516800671      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,     Minneapolis, MN 55440-9475
516800673      +UPHS HUP Patient Pay,    PO Box 824336,    Philadelphia, PA 19182-4336
516800672      +United Collection Bureau, Inc.,     5620 Southwyck Blvd, Ste 206,    Toledo, OH 43614-1501
516800674      +VanRu Credit Corporation,    PO Box 1612,    Des Plaines, IL 60017-1612
516800675      +WFFNB/Bobs Discount Furniture,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2017 23:00:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2017 23:00:38       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516800626      +E-mail/Text: legal@arsnational.com Jul 26 2017 23:00:27       ARS National Services, Inc.,
                 PO Box 469100,    Escondido, CA 92046-9100
516800630      +E-mail/Text: bankruptcy@cavps.com Jul 26 2017 23:01:00       Calvary Portfolio Services,
                 500 Summit Lake Dr,    Ste 400,   Valhalla, NY 10595-2322
516800631      +E-mail/Text: cms-bk@cms-collect.com Jul 26 2017 23:00:27       Capital Management Services, LP,
                 698 1/2 south ogden st,    Buffalo, NY 14206-2317
516800633      +E-mail/Text: bk.notifications@jpmchase.com Jul 26 2017 23:00:29       Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516800640      +E-mail/Text: mrdiscen@discover.com Jul 26 2017 22:59:56       Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516800642      +E-mail/Text: bbagley@enerbankusa.com Jul 26 2017 23:00:18       Enerbank Usa,
                 1245 E Brickyard Rd Ste,    Salt Lake City, UT 84106-2559
516800648      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 26 2017 23:01:23
                 Hyundai Motor Finance,    Attn: Bankruptcy,    Po Box 20809,    Fountain City, CA 92728-0809
516800651      +E-mail/Text: bk@lendingclub.com Jul 26 2017 23:01:08       Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
516800660      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 26 2017 23:01:01       Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516802638      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 23:02:03       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516800665      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 23:02:03       Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
516800666      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 23:02:17       Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516800667      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 23:02:03       Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516800668      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 23:01:48       Synchrony Bank/Sams,
                 Po Box 965060,    Orlando, FL 32896-5060
516800669      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 23:02:17       Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516800670      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 23:02:17       Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                               TOTAL: 18
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Jul 26, 2017
                              Form ID: pdf905            Total Noticed: 43


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516800629*      +Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
516800632*      +Capital Management Services, LP,    698 1/2 south ogden st,    Buffalo, NY 14206-2317
516800641*      +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
516800645*      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516800650*      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516800653*      +MediCredit,    PO Box 1629,    Maryland Heights, MO 63043-0629
516800656*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800657*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800658*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800659*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800662*      +Selip & Stylianou, LLP,    PO Box 363,    Woodbury, NY 11797-0363
516800663*      +Selip & Stylianou, LLP,    PO Box 363,    Woodbury, NY 11797-0363
                                                                                          TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Lee Martin Perlman     on behalf of Joint Debtor Rose   Carbone ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman     on behalf of Debtor Michael Vito Carbone ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```