**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Vito Carbone | Social Security number or ITIN xxx-xx-6621 |
| | First Name  Middle Name  Last Name | EIN _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Rose Carbone | Social Security number or ITIN xxx-xx-3336 |
| | First Name  Middle Name  Last Name | EIN _ _-_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17-18913-ABA

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Vito Carbone                    Rose Carbone
                                        aka Rose Rannels

8/25/17                                 **By the court:**  Andrew B. Altenburg Jr.
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318          **Order of Discharge**          page 2

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 17-18913-ABA
Michael Vito Carbone                                        Chapter 7
Rose Carbone
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 2        Date Rcvd: Aug 25, 2017
                             Form ID: 318             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db/jdb         +Michael Vito Carbone,    Rose Carbone,    205 Lincoln Ave,    Bellmawr, NJ 08031-2707
516800628      +Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
516800635      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516800636      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516800637      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516800638      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516800639      +Complete Collection Service,    4833 N. Dixie Hwy,    Fort Lauderdale, FL 33334-3928
516800643      +Estate Information Services, LLC,    EIS Collections,    PO Box 1730,
                 Reynoldsburg, OH 43068-8730
516800644      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516800646      +Haddon Emergency Physicians,    1600 Haddon Ave,    Camden, NJ 08103-3101
516800647      +HealthFirst Financial, LLC,    PO Box 7887,    Springfield, OR 97475-0034
516800649      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516800652      +MediCredit,    PO Box 1629,    Maryland Heights, MO 63043-0629
516800654      +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516800655       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516872780       QUICKEN LOANS INC.,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
516800661      +Selip & Stylianou, LLP,    PO Box 363,    Woodbury, NY 11797-0363
516800664      +Service Finance Compan,    555 S Federal Hwy Ste 20,    Boca Raton, FL 33432-5505
516800673      +UPHS HUP Patient Pay,    PO Box 824336,    Philadelphia, PA 19182-4336
516800672      +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste 206,    Toledo, OH 43614-1501
516800674     #+VanRu Credit Corporation,    PO Box 1612,    Des Plaines, IL 60017-1612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Aug 25 2017 23:08:00      Joseph Marchand,   117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:55      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516800626      +EDI: ARSN.COM Aug 25 2017 23:08:00      ARS National Services, Inc.,   PO Box 469100,
                 Escondido, CA 92046-9100
516800627      +EDI: BANKAMER.COM Aug 25 2017 23:08:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
516800630      +E-mail/Text: bankruptcy@cavps.com Aug 25 2017 23:21:11      Calvary Portfolio Services,
                 500 Summit Lake Dr,    Ste 400,    Valhalla, NY 10595-2322
516800631      +E-mail/Text: cms-bk@cms-collect.com Aug 25 2017 23:20:42      Capital Management Services, LP,
                 698 1/2 south ogden st,    Buffalo, NY 14206-2317
516800633      +EDI: CAUT.COM Aug 25 2017 23:08:00      Chase Auto Finance,   National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516800634      +EDI: CHASE.COM Aug 25 2017 23:08:00      Chase Card,   Attn: Correspondence,   Po Box 15298,
                 Wilmington, DE 19850-5298
516800640      +EDI: DISCOVER.COM Aug 25 2017 23:08:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516800642      +E-mail/Text: bbagley@enerbankusa.com Aug 25 2017 23:20:38      Enerbank Usa,
                 1245 E Brickyard Rd Ste,    Salt Lake City, UT 84106-2559
516800648      +EDI: HY11.COM Aug 25 2017 23:08:00      Hyundai Motor Finance,   Attn: Bankruptcy,
                 Po Box 20809,    Fountain City, CA 92728-0809
516800651      +E-mail/Text: bk@lendingclub.com Aug 25 2017 23:21:19      Lending Club Corp,   71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
516800660      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 25 2017 23:21:12      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516802638      +EDI: RMSC.COM Aug 25 2017 23:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516800665      +EDI: RMSC.COM Aug 25 2017 23:08:00      Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
516800666      +EDI: RMSC.COM Aug 25 2017 23:08:00      Synchrony Bank/Amazon,   Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516800667      +EDI: RMSC.COM Aug 25 2017 23:08:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516800668      +EDI: RMSC.COM Aug 25 2017 23:08:00      Synchrony Bank/Sams,   Po Box 965060,
                 Orlando, FL 32896-5060
516800669      +EDI: RMSC.COM Aug 25 2017 23:08:00      Synchrony Bank/Sams Club,   Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516800670      +EDI: RMSC.COM Aug 25 2017 23:08:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516800671      +EDI: WTRRNBANK.COM Aug 25 2017 23:08:00      Target,   C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Aug 25, 2017
                              Form ID: 318              Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516800675       +EDI: WFFC.COM Aug 25 2017 23:08:00      WFFNB/Bobs Discount Furniture,   Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                                TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516800629*      +Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
516800632*      +Capital Management Services, LP,    698 1/2 south ogden st,    Buffalo, NY 14206-2317
516800641*      +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
516800645*      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516800650*      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516800653*      +MediCredit,    PO Box 1629,    Maryland Heights, MO 63043-0629
516800656*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800657*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800658*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800659*       Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516800662*      +Selip & Stylianou, LLP,    PO Box 363,    Woodbury, NY 11797-0363
516800663*      +Selip & Stylianou, LLP,    PO Box 363,    Woodbury, NY 11797-0363
                                                                                        TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Lee Martin Perlman    on behalf of Joint Debtor Rose  Carbone ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Michael Vito Carbone ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```